UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No. 05-CR-184

RAUL GARCIA-VELASQUEZ,
a/k/a Raul Garcia,

    Defendant.

## ORDER OF DISMISSAL

Trial in this criminal case was scheduled to be conducted on Monday, November 14, 2005. On Thursday, November 10, 2005, a telephonic conference call was conducted during which counsel for the government indicated that the government was going to be filing a motion to dismiss, without prejudice, the amended information in this case. Counsel for the defendant stated that he would have no objection to the government's motion. Thereafter, on November 10, 2005, the government did file a motion stating as follows: "The government hereby moves to dismiss the above-entitled case, in the interests of justice, without prejudice." Given the foregoing, the government's motion will be granted.

    **NOW THEREFORE IT IS ORDERED** that the government's motion to dismiss this case be and hereby is **GRANTED**;

    **IT IS FURTHER ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 14th day of November 2005, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge

2